# Court of Appeals
# of the State of Georgia

ATLANTA,  October 26, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0025.  TYRESE GIBSON v. SAMANTHA GIBSON.**

On October 3, 2023, the trial court entered an "Order Granting Petitioner's Post-Judgment Motion for Contempt" in this domestic relations case.  On October 26, 2023, Tyrese Gibson filed in this Court an emergency motion for an extension of time of 30 days to file an application for discretionary appeal from the trial court's order. The motion is hereby GRANTED.  See Court of Appeals Rules 16 (c), 40 (b).  Tyrese Gibson's application for discretionary appeal shall be due on or before December 4, 2023.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/26/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Although a 30-day extension of time would fall on December 2, 2023, that date is a Saturday.  See generally Court of Appeals Rule 3 (providing, in pertinent part, that "[w]hen a filing deadline falls on a Saturday, Sunday, an official state or national holiday, or a time when the Clerk's office is closed for an emergency (such as inclement weather), the deadline is extended to the next business day").